1 | Name: Clarence D Johnson

2 | Address: RECEIVED 3150 N. Racine Ave #219 Chicago Ill 60657 FILED

3 | Telephone Phone: 708-916-0227

2021 JAN 12 P 12: 13

4 | Email: 2021 JAN 15 A 11: 01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

U.S. DISTRICT COURT
N.D. OF ALABAMA

8 | **UNITED STATES DISTRICT COURT**

9 | Middle **DISTRICT OF** ALABAMA

10 | Clarence D Johnson

2:21-cv-31-RAH-KFP

11 | Case No.: _____

12 | (assigned at time of filing)

13 | Plaintiff(s), | **JURY DEMAND**

**COMPLAINT**

14 | v.

15 | Cheif Judge maurice foley

16 | Biden, Trump, IRS

17 | Administration TAX

CDC Commissioner

18 | Covid 19 Guidelines Defendant(s).

See Angela Byrnes

19 | FBI 513-421-4310

20 | **I.    RELATED CASES**

21 | a.    Do you have other Civil Case(s) in this or any other federal court?

22 |   ☒ Yes      ☐ No

23 | b.    If yes, please list the case numbers here: contact

24 | U.S conflict Interest Law firm 1-800-843-3476
Foreign Policy Guidelines

25 | **II.   STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how*

26 | *each defendant is involved, and tell what each defendant did to you that caused*

27 | *you to file this suit against them. Include names of any other persons involved,*

28 | *dates, and places.)*

1

Russell moore  Head Religious Ethics comittee

Pres OBama  Harboring fugitives

pres Trump  Harboring fugitives

United nations  Harboring fugitives

Crimes of Treason Daily

St Paul Baptist church DR Lance watson Rich VA.

Dale Oshell DS Church of Reedemer (Gaithersburgy)

Rev Melvin whitley Ebenezer Baptist church Durham North carolina.

Pope Francis Paul + catholic churches

Crimes in Religion over 12 yr period

International Criminal count guidelines

Human trafficing Crimes Biblical crimes

See Queen Elizabeth

Illinios Kentucky Ohio wisconsin 645 Govt entrapment

Foreign Policy procedure per crime per change

New york Federal courts 212-857-8500

Thump + Obama Administration

Extortion

Charses  Conspiracys cover mothers murder

Tampering  Child Trafficking etc

Criminal Evidence  Community crimes

Public Kidnappings  See Angela Byers FBI

513-421-4310

(Conflict Resolution)

Check Federal case records Trump + Obama Administratu

US Attorney's office NO booed Request for Inquiry.

Need Competent Federal marshall program.

For Trump + Obama Administration.

1  **III.**   **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*

2          *Do not use this space to state the facts of your claim.)*

3                    Arrest   Detain   Prisoner + property

4          Seizure United States is Behind

5    Over 12yrs.   Foreign Policy Guidelines

6                      All Government. Fed's, State,

7                              Politicians, Judges etc

8                              See Angela Byers

9                                 FBI 513-421-4310

10                                         And United nations

11        Honor motions First Stay Away order JoBS Doctors

12        family + Friends   No contact

13              Relocation Family. (Seeking 1. Billion Dollars.)

14              Honor Crime Victim's Compensation

15              Follow United nations Ethics Guidances

16              OBSTruction Justice

17                  Covering up federal

18                          Crimes

19

20

21

22

23

24

25

26

27

28

3

1  **IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*

2  *pursuant to FRCP, Rule 38?)*

3        ☑ Yes        ☐ No

4

5  I declare under penalty of perjury that the foregoing is true and correct.

6

7  _____        _____
   Date                        Signature

8                             _____
9                             Printed Name

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4



C. Johnson
3150 W. Racine Ave #219
Chicago, Ill 60657

SECURITY

JAN 12 2021

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Hugo L Black
United States District
Courthouse
1729 5th ave North Bir
Alabama 35203

$0.50
US POSTAGE
FIRST-CLASS
0625132430
60657
000056625

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2040

OFFICIAL BUSINESS

FIRST-CLASS

PITNEY BOWES
US POSTAGE
02 7H        $ 000.95⁰
0001249867    JAN 13 2021
MAILED FROM ZIP CODE 35203

ATTN: CLERK
Middle District of Alabama
One Church Street
Montgomery, AL 36104