IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLARENCE D. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-31-RAH-KFP |
| | ) | |
| MAURICE FOLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| CLARENCE D. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-73-RAH-KFP |
| | ) | |
| FRANCIS PAUL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| CLARENCE D. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-269-RAH-KFP |
| | ) | |
| JOE BIDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| CLARENCE D. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-270-RAH-KFP |
| | ) | |
| BARACK OBAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On April 27, 2021, the Magistrate Judge entered a Recommendation (Doc. 16) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The Motion for Preliminary Injunction (Doc. 8, No. 21-CV-31-RAH) is DENIED;

3. This case is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

4. No costs are taxed.

A separate Final Judgment will be entered.

DONE, this 7th day of June, 2021.

                                          /s/ R. Austin Huffaker, Jr.
                                          R. AUSTIN HUFFAKER, JR.
                                          UNITED STATES DISTRICT JUDGE